**Truman PETWAY, Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA, Virginia Department of Transportation, Defendant—Appellee.**

No. 04–1995.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2004.

Decided: Jan. 10, 2005.

Truman Petway, Appellant pro se.

Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Truman Petway appeals the district court's order * granting summary judg-

---

* Pursuant to 28 U.S.C. § 636(c), the parties consented to exercise of the district court's jurisdiction by a United States magistrate judge.

ment to the Defendant on his Title VII claims of racial discrimination and retaliation. *See* 42 U.S.C. §§ 2000e—2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Petway v. Virginia*, No. CA–03–82–4 (E.D.Va. July 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*